U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Alejandra and Antonio Madrid vs. City of Berwyn, et. al. | Case Number: FILED: JULY 3, 2008<br>08CV3837<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE VALDEZ<br>JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| |
|---|
| NAME (Type or print)<br>Brian Barrido |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Brian Barrido |
| FIRM<br>Dvorak, Toppel & Barrido LLC |
| STREET ADDRESS<br>3859 W. 26th St. |
| CITY/STATE/ZIP<br>Chicago, IL. 60623 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>IL6274524 | TELEPHONE NUMBER<br>773-521-1300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐