## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
Alejandra and Antonio Madrid vs. City of Berwyn, et. al.

Case Number: FILED: JULY 3, 2008  
08CV3837  
JUDGE LINDBERG  
MAGISTRATE JUDGE VALDEZ  
JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:  
Plaintiffs

| NAME (Type or print) |
|---|
| Matthew Robison |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Matthew Robison |

| FIRM |
|---|
| Dvorak, Toppel & Barrido LLC |

| STREET ADDRESS |
|---|
| 3859 W. 26th St. |

| CITY/STATE/ZIP |
|---|
| Chicago, IL. 60623 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| IL6291925 | 773-521-1300 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐