## United States District Court for the Northern District of Illinois

Case Number: 08CV3837                    Assigned/Issued By: DAJ

Judge Name: LINDBERG              Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____            Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2910099

Date Payment Rec'd: 07/03/08       Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

__4__ Original and __0__ copies on __07/03/08__ as to __DEF'S.__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05