AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Alejandra Madrid and Antonio Madrid

CASE NUMBER:

V.

ASSIGNED JUDGE:

City of Berwyn, et. al.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Officer Michael Ochsner, Star #226
6401 W. 31st St.
Berwyn, IL. 60402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dvorak, Toppel & Barrido, LLC
3859 W. 26th St.
Chicago, IL. 60623

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**July 7, 2008**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE *7-15-08* |
|---|---|
| NAME OF SERVER *(PRINT)* *Michael Slavnik* | TITLE *Private Detective* |

*Check one box below to indicate appropriate method of service*

☒ G  Served personally upon the defendant. Place where served: *6401 W 31st w/ Ofc Mazur  Berwyn IL*

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *6401 W. 31st Berwyn*

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *7-15-08*
                Date

Signature of Server

*POD 895*
*Warrenville IL*

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.