**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Alejandra Madrid, et al.
                      Plaintiff,

v.                                                        Case No.: 1:08−cv−03837
                                                      Honorable George W. Lindberg

City of Berwyn, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

     MINUTE entry before the Honorable George W. Lindberg: Status hearing held and continued to 9/17/2008 at 9:30a.m. Discovery cutoff date set for 1/7/2009. Discovery hearing set for 12/3/2008 at 9;30a.m. Motion for summary judgment due 1/28/2009. Response to the motion for summary judgment due 2/11/2009. Reply due 2/18/2009. Ruling set for 3/18/2009 at 9:30a.m. Proposed final pretrial order to be submitted to chambers by 2:00p.m. on 3/30/2009. Jury trial set for 4/6/2009 at 10:00a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.