**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 3837 |
|---|---|

ALEJANDRA MADRID, ANTONIO MADRID
               v.
THE CITY OF BERWYN, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF BERWYN

| NAME (Type or print) |
|---|
| Richard F. Bruen, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Richard F. Bruen, Jr. |
| FIRM |
| ODELSON & STERK, LTD. |
| STREET ADDRESS |
| 3318 West 95th Street |
| CITY/STATE/ZIP |
| Evergreen Park, Illinois 60805 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06242594 | (708) 424-5678 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL X      APPOINTED COUNSEL ☐