**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3837 |

ALEJANDRA MADRID, ANTONIO MADRID
               v.
THE CITY OF BERWYN, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

        THE CITY OF BERWYN

| | |
|---|---|
| NAME (Type or print) <br>     Robert Wilder | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/Robert Wilder | |
| FIRM <br>     ODELSON & STERK, LTD. | |
| STREET ADDRESS <br>     3318 West 95th Street | |
| CITY/STATE/ZIP <br>     Evergreen Park, Illinois 60805 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>     06244917 | TELEPHONE NUMBER <br>     (708) 424-5678 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☐    NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☐    NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL X      APPOINTED COUNSEL ☐ | |