**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALEJANDRA MADRID, ANTONIO MADRID, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No.  08 CV 3837 |
| CITY OF BERWYN, a municipal corporation, OFFICER MICHAEL OCHSNER, JR., Star No. 226, OFFICER RICKEY SMITH, Star No.. 266, SERGEANT LEILANI CAPPETTA, Star No. 315, Berwyn Police Officers in their individual capacity, | ) ) ) ) ) ) ) ) ) ) ) | Judge Lindberg<br><br>Magistrate Judge Valdez |
| Defendants, | ) | |

**UNOPPOSED MOTION OF ALL DEFENDANTS TO ENLARGE TIME FOR THE FILING OF RESPONSIVE PLEADINGS**

The Defendants, City of Berwyn, Officer Ochsner, Officer Smith and Sgt. Cappetta, come before this Honorable Court by their respective attorneys, Odelson & Sterk, Ltd., and The Law Office of James J. Roche & Associates and respectfully requests that this Court enter an order enlarging the time for all defendants to file responsive pleadings the time to answer or otherwise plead be enlarged.  In support, the Defendants state as follows:

1. The plaintiff's complaint was filed on July 3, 2008.

2. City of Berwyn was served with summons on or about July 16, 2008, and filed its appearance on August 14, 2008.

3. The defendants requires an additional 30 days to investigate the facts alleged in the plaintiff's complaint.

4.      The defendants and their respective counsel have been attempting to confer; however, due to several conflicting schedules, they have been unable to do so as of this writing.

5.      Counsel for the plaintiff has courteously agreed and does not oppose this motion.

WHEREFORE, the Defendant, City of Berwyn prays that the Court enter an order enlarging the time for all defendants to file responsive pleadings up to and including September 29, 2008.

Respectfully submitted,

s/Robert Wilder
One of the attorneys for the City of Berwyn

Robert Wilder
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678
Atty No. 6244917