**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALEJANDRA MADRID, ANTONIO MADRID, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No.  08 CV 3837 |
| CITY OF BERWYN, a municipal corporation, OFFICER MICHAEL OCHSNER, JR., Star No. 226, OFFICER RICKEY SMITH, Star No.. 266, SERGEANT LEILANI CAPPETTA, Star No. 315, Berwyn Police Officers in their individual capacity, | ) ) ) ) ) ) ) ) ) ) | Judge Lindberg  Magistrate Judge Valdez |
| Defendants, | ) | |

**NOTICE OF MOTION**

To:     All Counsel of Record (See attached Service List)

PLEASE TAKE NOTICE that on September 3, 2008,  at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Lindberg or any judge sitting in his stead, in Room 1425 of the United States District Court, Northern District of Illinois, Eastern Division and then and there shall present the attached **Unopposed Motion of All Defendants to Enlarge Time for the Filing of Responsive Pleadings** a copy of which is attached hereto.

*S/Robert Wilder*
_____

**PROOF OF SERVICE**

I, Robert Wilder, state that on August 25, 2008, I caused a copy of the foregoing **Unopposed Motion of All Defendants to Enlarge Time for the Filing of Responsive Pleadings**, to be served on the above-mentioned party by e-filing and U.S. mail this motion with the United States District Court, Northern District, Eastern Division.

*S/Robert Wilder*
_____

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678

## SERVICE LIST

Brian Joseph Barrido
Dvorak, Toppel & Barrido
3859 West 26th Street
Chicago, IL 60623


Kelly Kathleen Kachmarik
James J. Roche & Associates
642 North Dearborn
Chicago, IL 60610