**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Alejandra Madrid, et al.
                    Plaintiff,

v.                                               Case No.: 1:08−cv−03837
                                                         Honorable George W. Lindberg

City of Berwyn, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Defendants' unopposed motion for enlargement of time [19] is granted. Defendants have until 9/29/08 to answer or file a motion to dismiss. The status hearing scheduled for 9/17/2008 is stricken. Status hearing reset to 10/1/2008 at 9:30a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.